**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gorden George, | No. CIV 05-1959 PHX EHC (GEE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Correction Officer Braschler; et al., | |
| Defendants. | |

Pending before the court is a motion for emergency telephonic hearing filed by the plaintiff on March 22, 2006. [doc. # 8]

The plaintiff in this case, Gorden George, is currently incarcerated at the Arizona State Prison Complex in Florence, Arizona. On June 30, 2005, he filed a complaint pursuant to 42 U.S.C. § 1983. He claims the defendants retaliated against him for filing a grievance in violation of the First and Eighth Amendments.

The case has been referred to Magistrate Judge Edmonds for all pretrial matters pursuant to Local Civil Rule 72.2. Rules of Practice of the U.S. District Court for the District of Arizona.

In the instant motion, George asks the court for a hearing because the Arizona Department of Corrections will not help him obtain the address of one of the defendants, M. Jones, and he needs this address to effect service.

1 | Shortly after the motion was filed, however, George returned a completed service
2 | packet for the defendant, M. Jones. On April 26, 2006, a waiver of service was returned
3 | executed as to the defendant, M. Jones. Apparently, George was able to find this defendant's
4 | address without the court's help. Accordingly,

6 | IT IS ORDERED that the motion for emergency telephonic hearing filed by the
7 | plaintiff on March 22, 2006, is DENIED as MOOT. [doc. # 8]

9 | DATED this 28th day of April, 2006.

_____
Glenda E. Edmonds
United States Magistrate Judge